LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-02350-BRO (JPRx) | Date | December 11, 2015 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA V. WILLIAM G BADGETT | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Plaintiff United States of America's Motion for Summary Judgment.  (Dkt. No. 24.)  Plaintiff filed its Motion on November 3, 2015, noticing a hearing date of December 28, 2015.  (*Id.*)  Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Defendant William G. Badgett's Opposition to Plaintiff's Motion for Summary Judgment was due no later than December 7, 2015.  Yet as of today, Defendant has filed no opposition.  Although a Motion for Summary Judgment "may not be granted solely based on the failure to file an opposition," C.D. Cal. L.R. 7-12, the Court **ORDERS** Defendant **TO SHOW CAUSE** as to why the Court should not grant Plaintiff's Motion.  **Both (1) Defendant's response to this Order,[1] and (2) Defendant's opposition to the Motion for Summary Judgment, if any, shall be filed by no later than Monday, December 21, 2015, at 4:00 p.m.**

   **IT IS SO ORDERED.**                                                                                     :

                                                                Initials of Preparer        rf

---

[1] An appropriate response to this Order will include reasons demonstrating good cause for Defendant's failure to file an opposition to Plaintiff's Motion.