JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 15-cv-2350-BRO (JPRx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| WILLIAM G. BADGETT aka WILLIAM BADGETT, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that Judgment be entered in favor of the United States of America against Defendant in the total principal amount of $49,260.51, plus $61,534.95 in interest, $0.00 in administrative costs, for a total Judgment of **$110,795.46**.

**IT IS HEREBY ORDERED**

Dated: February 10, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE